# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANDA EVANS, | Case No. 2:20-cv-01802-KJD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| THE STANDARD FIRE INSURANCE COMPANY, d/b/a TRAVELERS, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 15), filed on November 16, 2020. The Court notes that the parties' plan does not comply with Local Rule 26-1 as it fails to include the information required by LR 26-1(b)(7-9). Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 15) is **denied without prejudice**.

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised stipulated discovery plan and scheduling order in compliance with Local Rule 26-1 by November 25, 2020.

DATED: November 18, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE