```
NECC
BRIAN P. CLARK
Nevada Bar No. 4236
LUKAS B. McCOURT
Nevada Bar No. 11839
CLARK MCCOURT
7371 Prairie Falcon Road, Ste. 120
Las Vegas, Nevada 89128
Telephone: (702) 474-0065
Facsimile:  (702) 474-0068
bpc@clarkmccourt.com
lmccourt@clarkmccourt.com
Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA EVANS, individually<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01802-KJD-DJA<br><br>**ORDER ON:**<br>**SECOND STIPULATION TO EXTEND TIME FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT** |

Plaintiff AMANDA EVANS and Defendant THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS, through their respective counsel, stipulate to extend Plaintiff's response to Defendant's Motion for Summary Judgement for a period of 11 days, from October 21, 2021 to November 1, 2021. Defendant's Reply will be due November 15, 2021.

Respectfully submitted this 25th day of October, 2021.

| | |
|---|---|
| CLARK MCCOURT | O'REILLY LAW GROUP |
| /s/ Lukas B. McCourt<br>Brian P. Clark<br>Nevada Bar No. 4236<br>Lukas B. McCourt<br>Nevada Bar No. 11839<br>7371 Prairie Falcon Road, Suite 120<br>Las Vegas, NV 89128<br>Attorneys for Plaintiff | /s/ Timothy R. O'Reilly<br>Timothy R. O'Reilly, Esq.<br>Nevada Bar No. 8866<br>325 South Maryland Parkway<br>Las Vegas, NV 89101<br>Attorney for Defendant |

1  WORTHE HANSON &WORTHE

2  /s/ John R. Hanson
   John R. Hanson
3  Nevada Bar No. 13141
   1851 East First Street, Ninth Floor
4  Santa Ana, California 92705
   Attorney for Defendant
5

6                             **ORDER**

7        IT IS SO ORDERED:

8

9                    UNITED STATES DISTRICT JUDGE

10            Dated:   10/26/2021

## Jessica Friedman

| | |
|---|---|
| **From:** | John Hanson <jhanson@whwlawcorp.com> |
| **Sent:** | Monday, October 25, 2021 1:20 PM |
| **To:** | Jessica Friedman; Timothy R. O'Reilly |
| **Cc:** | Lukas McCourt |
| **Subject:** | RE: Evans v. Travelers |

Thanks Jessica,

You have my authority to affix my electronic signature to the stipulation.

Best,
John

John R. Hanson
Main:   (714) 285-9600
Extension 103

WORTHE HANSON & WORTHE



A LAW CORPORATION

1851 East First Street, Suite 860
Santa Ana, CA 92705
(714) 285-9600
(714) 285-9700

This email and all files or documents accompanying it are intended solely for the identified recipient(s). This email may contain information that is: (1) subject to the attorney-client privilege, (2) subject to attorney work-product protection, and/or (3) strictly confidential. If you are not an intended recipient or have received this transmission in error you are requested to: (1) notify the sender or arrange for its immediate return and (2) delete from your system this email and all files or documents accompanying it. Any disclosure, copying, printing or other dissemination of this email (including any files or documents attached to it) is strictly prohibited.

**From:** Jessica Friedman <jfriedman@clarkmccourt.com>
**Sent:** Monday, October 25, 2021 1:18 PM
**To:** John Hanson <jhanson@whwlawcorp.com>; Timothy R. O'Reilly <tor@oreillylawgroup.com>
**Cc:** Lukas McCourt <lmccourt@clarkmccourt.com>
**Subject:** RE: Evans v. Travelers

Please see attached 2nd Stip to Extend the Opposition date.
Advise if you give authority for me affix your electronic signature.

Thank you!

*Sincerely,*
*Jessica Friedman*
*Paralegal*

1