UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMANDA EVANS,<br><br>  Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 2:20-cv-1802-KJD-DJA<br><br>ORDER |

The Court granted in party and denied in part Defendant's motion for summary judgment on September 23, 2022. Since that date, no proceeding of record has been taken by either party. According to the parties' Stipulation to Extend (#31/32) the dates in the discovery plan and scheduling order, the deadline to file the Joint Pre-trial Order ("JPTO") was November 1, 2021. Even construing the pleading liberally, the latest date for the JPTO was October 23, 2022 – thirty (30) days after the Court's decision on the motion for summary judgment. Accordingly, the parties are ordered to file within fourteen (14) days of the entry of this order a stipulation to dismiss, notice of voluntary dismissal, or a JPTO. Failure to do so will result in sanctions, up to and including dismissal of this action.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2023.

_____
Kent J. Dawson
United States District Judge