JOHN R. HANSON, ESQ.
Nevada Bar No.  13141
**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Suite 860
Santa Ana, California 92705
Telephone (714) 285-9600; Facsimile (714) 285-9700
Email: jhanson@whwlawcorp.com

TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
**O'REILLY LAW GROUP**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone (702) 382-2500; Facsimile (702) 384-6266
Email: tor@oreillylawgroup.com

ATTORNEYS FOR DEFENDANT, THE STANDARD FIRE INSURANCE COMPANY
(ERRONEOUSLY SUED HEREIN AS THE STANDARD FIRE INSURANCE COMPANY
d/b/a TRAVELERS)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA EVANS, individually,<br><br>                Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants. | Case No.  2:20-cv-01802-KJD-DJA<br>(STATE CASE NO. A-18-780520-C)<br><br>**PARTIES' STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE (FIRST REQUEST)** |

COME NOW DEFENDANT The Standard Fire Insurance Company
(Erroneously Sued Herein As The Standard Fire Insurance Company D/B/A
Travelers) and Plaintiff, Amanda Evans, by and through their attorneys of record
and stipulate as follows:

Whereas,

1

1.     The Court set a Mandatory Settlement Conference for July 11, 2023, at 10:00 a.m. (Dkt. #46); and

2.     The Mandatory Settlement Conference was continued by the Court to July 31, 2023 (Dkt #47); and

3.     John R. Hanson, counsel for defendant, is not available for the Mandatory Settlement Conference on July 31, 2023, by reason of a family vacation that will take him out of the country from July 22, 2023, though August 5, 2023; and

4.     Counsel for defendant phoned the Court's courtroom administrator and was advised to submit the instant stipulation including multiple dates on which the parties are both available; and

5.     Counsel for defendant and plaintiff have met and conferred regarding such a date. The parties are available on August 23, 25, and 31; and

6.     The parties respectfully request the Court continue the mandatory settlement conference to one of these dates (stated in order of the parties' preference). Should these dates not be available for the Court's schedule, the parties will meet and confer for the selection of other dates.

**IT IS SO STIPULATED:**

DATED: July 13, 2023              **WORTHE HANSON & WORTHE**

By:       /s/ John R. Hanson
JOHN R. HANSON,
Attorneys for Defendant, ATTORNEYS
FOR DEFENDANT, THE STANDARD
FIRE INSURANCE COMPANY

///

///

///

DATED: July 12, 2023        CLARK McCOURT

By:    /s/ Brian P. Clark
          BRIAN P. CLARK, ESQ,
          Attorneys for Plaintiff, AMANDA EVANS

DATED: July 11, 2023        O'REILLY LAW GROUP

By:

          /s/ Timothy R. 'Reilly
          TIMOTHY R. O'REILLY, ESQ,
          Co-Counsel for Defendant, ATTORNEYS
          FOR DEFENDANT, THE STANDARD
          FIRE INSURANCE COMPANY

## [PROPOSED] ORDER

The parties having shown good cause, the Court continues the Mandatory Settlement Conference to August _____, 2023, at 10:00 a.m.

IS SO ORDERED:

DATED: _____      _____
                                 UNITED STATES MAGISTRATE JUDGE