UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA EVANS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:20-cv-01802-KJD-DJA<br><br>**ORDER – Vacating Trial** |

　　　Presently before the Court is the parties' Notice of Settlement (#61). The parties assert they have reached a resolution in the current matter and are requesting the trial currently set for January 29, 2024, be vacated. Accordingly, **IT IS HEREBY ORDERED** that the trial set for January 29, 2024, is **VACATED**. Furthermore, the parties have thirty (30) days to file a stipulation seeking dismissal of this action, or a status hearing will be scheduled.

Dated this 19th day of January 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge