BRIAN P. CLARK
Nevada Bar No. 4236
LUKAS B. McCOURT
Nevada Bar No. 11839
CLARK MCCOURT
7371 Prairie Falcon Road, Ste. 120
Las Vegas, Nevada 89128
Telephone: (702) 474-0065
Facsimile: (702) 474-0068
bpc@clarkmccourt.com
lmccourt@clarkmccourt.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA EVANS, individually<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01802-KJD-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

Plaintiff AMANDA EVANS and Defendant THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS, through their respective counsel, stipulate to continue the Status Conference set by the Court from March 12, 2024 to March 19, 2024 at 11:00 a.m.

Respectfully submitted this 1th day of March, 2024.

| | |
|---|---|
| CLARK MCCOURT | O'REILLY LAW GROUP |
| /s/ Brian P. Clark | /s/ Timothy R. O'Reilly |
| Brian P. Clark | Timothy R. O'Reilly, Esq. |
| Nevada Bar No. 4236 | Nevada Bar No. 8866 |
| Lukas B. McCourt | 325 South Maryland Parkway |
| Nevada Bar No. 11839 | Las Vegas, NV 89101 |
| 7371 Prairie Falcon Road, Suite 120 | Attorney for Defendant |
| Las Vegas, NV 89128 | |
| *Attorneys for Plaintiff* | |

/ / /

/ / /

WORTHE HANSON &WORTHE

_unable to reach_____
John R. Hanson
Nevada Bar No. 13141
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Attorney for Defendant

## ORDER

**IT IS SO ORDERED:**

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

DATE: 03/11/2024