```
BRIAN P. CLARK
Nevada Bar No. 4236
LUKAS B. McCOURT
Nevada Bar No. 11839
CLARK MCCOURT
7371 Prairie Falcon Road, Ste. 120
Las Vegas, Nevada 89128
Telephone: (702) 474-0065
Facsimile:  (702) 474-0068
bpc@clarkmccourt.com
lmccourt@clarkmccourt.com
Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA EVANS, individually<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01802-KJD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff AMANDA EVANS, through her attorneys, the law office of Clark McCourt, and Defendant THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS, through its attorneys, the O'Reilly Law Group and Worthe Hanson & Worthe, stipulate that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorney's fees.

DATED this _____ day of March, 2024.          DATED this _____ day of March, 2024.

CLARK MCCOURT                                  O'REILLY LAW GROUP


/s/ Lukas B. McCourt                           /s/ Timothy R. O'Reilly
Brian P. Clark                                 Timothy R. O'Reilly, Esq.
Nevada Bar No. 4236                            Nevada Bar No. 8866
Lukas B. McCourt                               325 South Maryland Parkway
Nevada Bar No. 11839                           Las Vegas, NV 89101
7371 Prairie Falcon Road, Suite 120            Attorney for Defendant
Las Vegas, NV 89128
Attorneys for Plaintiff

1  WORTHE HANSON &WORTHE

2  /s/ John R. Hanson
   John R. Hanson
3  Nevada Bar No. 13141
   1851 East First Street, Ninth Floor
4  Santa Ana, California 92705
   Attorney for Defendant

## ORDER

**IT IS SO ORDERED:**

_____
UNTIED STATES DISTRICT JUDGE

Dated: _____

# Brian Clark

**From:** John Hanson <jhanson@whwlawcorp.com>
**Sent:** Monday, March 25, 2024 11:07 AM
**To:** Timothy R. O'Reilly; Brian Clark
**Subject:** RE: Evans v. Standard Fire

Brian,

You have my authority as well.

Thanks,
John

John R. Hanson
Main:   (714) 285-9600
Extension 103

WORTHE HANSON & WORTHE



A LAW CORPORATION

1851 East First Street, Suite 860
Santa Ana, CA 92705
(714) 285-9600
(714) 285-9700

This email and all files or documents accompanying it are intended solely for the identified recipient(s). This email may contain information that is: (1) subject to the attorney-client privilege, (2) subject to attorney work-product protection, and/or (3) strictly confidential. If you are not an intended recipient or have received this transmission in error you are requested to: (1) notify the sender or arrange for its immediate return and (2) delete from your system this email and all files or documents accompanying it. Any disclosure, copying, printing or other dissemination of this email (including any files or documents attached to it) is strictly prohibited.

**From:** Timothy R. O'Reilly <tor@oreillylawgroup.com>
**Sent:** Monday, March 25, 2024 10:57 AM
**To:** Brian Clark <bpc@clarkmccourt.com>
**Cc:** John Hanson <jhanson@whwlawcorp.com>
**Subject:** RE: Evans v. Standard Fire

[EXTERNAL EMAIL] CAUTION: This email originated from outside of Worthe Hanson and Worthe. Be careful before clicking any links or attachments!

Brian,

You have authority to use my electronic signature on the stipulation.

1

Thanks,

Tim

 **Timothy R. O'Reilly, Esq.**
325 S. Maryland Parkway Las Vegas, Nevada 89101
**P:** 702-382-2500 | **F:** 702-384-6266
**E:** tor@olglaw.com
**W:** www.oreillylawgroup.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify O'Reilly Law Group immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit oreillylawgroup.com.

**From:** Brian Clark <bpc@clarkmccourt.com>
**Sent:** Monday, March 25, 2024 10:39 AM
**To:** Timothy R. O'Reilly <tor@oreillylawgroup.com>
**Cc:** John Hanson (jhanson@whwlawcorp.com) <jhanson@whwlawcorp.com>
**Subject:** RE: Evans v. Standard Fire

Gentlemen,

Attached is a stipulation for dismissal with prejudice. Please authorize me to use your electronic signatures.

Brian P. Clark



CLARK MCCOURT
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
Tele. 702 474-0065
Fax. 702 474-0068
bpc@clarkmccourt.com


**From:** Timothy R. O'Reilly <tor@oreillylawgroup.com>
**Sent:** Monday, March 25, 2024 9:23 AM

2