BRIAN P. CLARK
Nevada Bar No. 4236
LUKAS B. McCOURT
Nevada Bar No. 11839
CLARK MCCOURT
7371 Prairie Falcon Road, Ste. 120
Las Vegas, Nevada 89128
Telephone: (702) 474-0065
Facsimile: (702) 474-0068
bpc@clarkmccourt.com
lmccourt@clarkmccourt.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA EVANS, individually<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01802-KJD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff AMANDA EVANS, through her attorneys, the law office of Clark McCourt, and Defendant THE STANDARD FIRE INSURANCE COMPANY d/b/a TRAVELERS, through its attorneys, the O'Reilly Law Group and Worthe Hanson & Worthe, stipulate that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorney's fees.

DATED this 25th day of March, 2024.          DATED this 25th day of March, 2024.

CLARK MCCOURT                                  O'REILLY LAW GROUP

/s/ Lukas B. McCourt                           /s/ Timothy R. O'Reilly
Brian P. Clark                                 Timothy R. O'Reilly, Esq.
Nevada Bar No. 4236                            Nevada Bar No. 8866
Lukas B. McCourt                               325 South Maryland Parkway
Nevada Bar No. 11839                           Las Vegas, NV 89101
7371 Prairie Falcon Road, Suite 120            Attorney for Defendant
Las Vegas, NV 89128
Attorneys for Plaintiff

| | |
|---|---|
| 1 | WORTHE HANSON &WORTHE |
| 2 | /s/ John R. Hanson |
| | John R. Hanson |
| 3 | Nevada Bar No. 13141 |
| | 1851 East First Street, Ninth Floor |
| 4 | Santa Ana, California 92705 |
| | Attorney for Defendant |
| 5 | |

<b><u>ORDER</u></b>

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

Date: 03/25/2024